# Court of Appeals
# of the State of Georgia

ATLANTA,  March 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26E0166. ANDRE AMORIM v. DALETH D. AMORIM

Upon consideration of Andre Amorim's emergency motion for a 30-day extension of time to file an application for discretionary appeal from an order denying a motion for new trial entered on February 25, 2026, the motion is hereby granted and the due date for filing the application is hereby extended until April 26, 2026.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/25/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*